UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 10-22757-CIV-LENARD/TURNOFF**

**HENRY IZQUIERDO, JOSE LUIS IZQUIERDO, ROBERTO ROJAS, and all others similarly-situated under 29 U.S.C. 216(B)**,

    Plaintiffs,
vs.

**KRYPTON PEST CONTROL, CO., HECTOR RIVERA, HECTOR RIVERA, JR.**,

    Defendants.
_____/

## NOTICE OF COURT PROCEDURE IN ACTIONS BROUGHT UNDER THE FAIR LABOR STANDARDS ACT

1. A Complaint filed under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq., ("FLSA") shall include, at minimum, a statement setting forth the following with respect to each Plaintiff(s):

   a. An initial estimate of the total amount of alleged unpaid wages for

   b. A preliminary calculation of such wages;

   c. The approximate period, during which the alleged violations occurred; and

   d. The nature of the wages (e.g. overtime or straight time).

2. In the event that similarly-situated individual(s) wish to become party plaintiff(s) after the filing of the original Complaint, such individual(s) shall file their consent to do so in writing, see 29 U.S.C. § 216(b), together with an affidavit(s) stating the following:

   a. Why the affiant believes (s)he is similarly situated to the original named plaintiff(s);

   b. An initial estimate of the total amount of his/her alleged unpaid wages;

Case No. 10-22757-CIV-LENARD/TURNOFF

  c. A preliminary calculation of such wages;

  d The approximate period during which the alleged violations occurred;

  e. The nature of the wages (e.g. overtime or straight time); and

  f. If the affiant has personal knowledge of other similarly-situated individual(s) apart from the original named plaintiff(s), the affidavit shall contain the name of such similarly-situated individual(s), and shall also state why the affiant believes such individual(s) are similarly situated.

 3. **Counsel for Plaintiff(s) shall follow the procedure outlined above and SHALL NOT file motion(s) to amend the Complaint to include additional opt-in plaintiff(s) or circumvent the above procedure by the filing of separate, related cases against the same Defendant(s). Further, counsel for Plaintiff(s) shall adhere to the deadline for filing all opt-in consents and affidavits as determined by the parties in the Joint Scheduling Report.**

 4. All parties are required to participate in initial mediation, which shall occur within sixty (60) days after the Court issues an Order of Referral to Initial Mediation. Opt-in plaintiff(s) who are added as named plaintiff(s) within this sixty (60) day period are automatically included within the Order of Referral to Initial Mediation, and shall participate in initial mediation on the date set by the original parties to the action. Opt-in plaintiff(s) who are added as named plaintiff(s) outside this 60 (sixty) day period must participate in a separate initial mediation with the Defendant(s), which shall occur within 30 (thirty) days of the deadline for joinder of parties, amendment of pleadings, and addition of opt-in plaintiffs.

 5. In the event initial mediation is unsuccessful, all parties are required to participate in subsequent mediation, which shall take place within two (2) weeks after the date on which all fact

Case No. 10-22757-CIV-LENARD/TURNOFF

discovery is to be completed.

6. Failure to comply with these procedures may result in the imposition of appropriate sanctions, including, but not limited to, the dismissal of this action.

**DONE AND ORDERED** in Chambers at Miami, Florida this 4th day of August, 2010.

_____
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:     Magistrate Judge William C. Turnoff
                         Counsel of record

-3-