UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-22757-CIV-LENARD/TURNOFF

**HENRY IZQUIERDO, JOSE LUIS IZQUIERDO, ROBERTO ROJAS, and all others similarly-situated under 29 U.S.C. 216(B)**,

    Plaintiffs,

vs.

**KRYPTON PEST CONTROL, CO., HECTOR RIVERA, HECTOR RIVERA, JR.**,

    Defendants.
_____/

**ORDER REQUIRING PLAINTIFF TO AMEND FLSA COMPLAINT**

**THIS CAUSE** is before the Court on a sua sponte review of the record. On **July 29, 2010**, Plaintiffs filed this action pursuant to the Fair Labor Standards Act. Under Rule 8 of the Federal Rules of Civil Procedure, a plaintiff is required to state a "short and plain statement of the claim." While this Rule places only a light burden on a plaintiff, it does require that a plaintiff "give the defendant fair notice of what the plaintiff's claim is and the grounds upon which it rests." Swierkiewicz v. Sorema, N.A., 534 U.S. 506, 512 (2002) (citing Conley v. Gibson, 355 U.S. 41, 47 (1957)). Upon its review of the Complaint, the Court finds that this standard has not been satisfied. Accordingly, it is:

**ORDERED AND ADJUDGED** that:

1. Plaintiffs shall, **within twenty (20) days of the date of this Order**, replead their claims in an Amended Complaint that complies with Rule 8 of the Federal Rules of Civil Procedure. The amended pleading shall include, at minimum, a statement setting forth the **Plaintiffs' causes of action**, as well as the following:

    a.    An initial estimate of the total amount of the alleged

Case No. 10-22757-CIV-LENARD/TURNOFF

        unpaid wages for Plaintiffs;

b.     A preliminary calculation of such wages;

c.     The approximate period during which the alleged violations occurred; and

d.     The nature of the wages (e.g. overtime or straight time).

2.     In addition, in the event that there are additional similarly-situated individual(s) who wish to become party plaintiff(s), counsel should follow the procedures set forth in the Notice of Court Procedure in Actions Brought Under the Fair Labor Standards Act ("Notice," D.E. 4), issued on August 4, 2010.

Failure to comply with this Order and the procedures set forth in the Notice, or to show good cause why compliance should not be required, may result in the imposition of appropriate sanctions, including, but not limited to, the dismissal of this action.

**DONE AND ORDERED** in Chambers at Miami, Florida this 4th day of August, 2010.

*[signature: Joan A. Lenard]*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:    Magistrate Judge William C. Turnoff
                              Counsel of record