# JURY VERDICT FORM
## OVERTIME WAGE CLAIM (JOSE LUIS IZQUIERDO)

1. Do you find, by a preponderance of the evidence, that Defendants failed to pay Plaintiff, Jose Luis Izquierdo, overtime wages for hours worked over 40 in any week for the period July 29, 2008 to September 14, 2009?

    Yes ____✓____        No _____

2. ~~If your answer to Question No. 1 is "No," please skip the rest of the questions in the form and~~ sign and date the form. If your answer to Question No. 1 is "Yes," please state the amount of overtime wages you find should have been paid to J. L. Izquierdo for weekly hours worked over 40 for the period July 29, 2008 to September 14, 2009.

    $ __675.25__. Continue to Question No. 3.

3. Do you find that Defendants either knew, or showed reckless disregard for the matter of whether its conduct was prohibited by the Fair Labor Standards Act, in particular, that they did not pay J. L. Izquierdo overtime wages for weekly hours worked over 40 hours as required under the law?

    Yes _____        No ____✓____

5

4. If your answer to Question No. 3 is "No," please skip Question 4 and continue to Question No. 5. If your answer to Question No. 3 is "Yes," please state the amount of overtime wages you find the Defendants should have paid to J. L. Izquierdo for hours worked over 40 in each week for the period to May 9, 2008 to July 28, 2008.

   $ _____

5. Do you find that Defendant Hector Rivera is personally liable for the failure to pay J. L. Izquierdo overtime wage pay required by law?

   Yes _____    No ✓ _____

6. Do you find that Defendant Hector Rivera, Jr. is personally liable for the failure to pay J. L. Izquierdo overtime wage pay required by law?

   Yes _____    No ✓ _____

   SO SAY WE ALL.

   _____
   JURY FOREPERSON

   DATE: 02-08-2012

6