# JURY VERDICT FORM
## OVERTIME WAGE CLAIM (ROBERTO ROJAS)

1. Do you find, by a preponderance of the evidence, that Defendants failed to pay Plaintiff, Roberto Rojas, overtime wages for hours worked over 40 in any week for the period July 29, 2008 to December 30, 2008?

   Yes _____    No ____✓_____

2. ~~If your answer to Question No. 1 is "No," please skip Question No. 2 and continue to Question No. 3.~~ If your answer to Question No. 1 is "Yes," please state the amount of overtime wages you find should have been paid to Rojas for weekly hours worked over 40 for the period July 29, 2008 to December 30, 2008?

   $ _____. Continue to Question No. 3.

3. Do you find that Defendants failed to pay Plaintiff, Rojas, overtime wages for hours worked over 40 in any week for the period June 20, 2009 to September 20, 2009?

   Yes _____    No ____✓_____

4. If your answer to BOTH Question No. 1 and Question No. 3 are "No," please skip the rest of the questions in the form and sign and date the form. If your answer to Question No. 3 is "No," but your answer to Question No. 1

7

is "Yes," please skip Question No. 4 and continue to Question No. 5. If your answer to Question No. 3 is "Yes," please state the amount of overtime wages you find should have been paid to Rojas for weekly hours worked over 40 for the period June 20, 2009 to September 20, 2009?

$ _____. Continue to Question 5.

5. If your answer to EITHER ~~or Both~~ Question No. 1 and/or Question No. 3 is "Yes," please state whether you find that Defendants either knew, or showed reckless disregard for the matter of whether its conduct was prohibited by the Fair Labor Standards Act, in particular, that they did not pay Rojas overtime wages for weekly hours worked over 40 hours as required under the law for the period July 29, 2008 to December 30, 2008, ~~or~~ and/or June 20, 2009 to September 20, 2009?

Yes _____     No _____

6. ~~If your answer to Question No. 5 is "No," please skip Question No. 6 and continue to Question No. 7. If your answer to Question No. 5 is "Yes,"~~ please state the amount of overtime wages, IF ANY AT ALL, you find the Defendants should have paid to Rojas for hours worked over 40 in each week for the period to June 15, 2008 to July 28, 2008.

$ ___0.00___.

7. Do you find that Defendant Hector Rivera is personally liable for the failure to pay Rojas overtime wage pay required by law?

   Yes _____   No ✓_____

8. Do you find that Defendant Hector Rivera, Jr. is personally liable for the failure to pay Rojas overtime wage pay required by law?

   Yes _____   No ✓_____

SO SAY WE ALL.

                                                                              _____
                                                                              JURY FOREPERSON

                                                                              DATE: 02-08-2012