UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-22757-CIV-LENARD/TURNOFF

<u>CONSENT CASE</u>

HENRY IZQUIERDO, JOSE LUIS )
IZQUIERDO, ROBERTO ROJAS , and all )
others similarly situated under 29 U.S.C. )
216(B), )
      Plaintiffs, )
  vs. )
)
KRYPTON PEST CONTROL, CO., )
HECTOR RIVERA, )
HECTOR RIVERA, JR. )
)
      Defendants. )
                                                 )

**<u>PLAINTIFFS' REPLY TO DEFENDANTS' RESPONSE IN OPPOSITION TO RENEWED MOTION FOR JUDGMENT OF AS A MATTER OF LAW</u>**

Plaintiffs, by and through the undersigned, file the above described reply and state as follows:

It should first be noted that defendants have apparently conceded that individual liability exists with respect to Hector Rivera Jr., so at the very least the plaintiffs' motion should be granted to find Hector Rivera Jr. jointly and severally liable.

Further, multiple employers may be responsible for compliance with the FLSA within one business organization. *See*, *Elliott Travel & Tours, Inc.,* 942 F.2d at 965; *Agnew*, 712 F.2d at 1510. In the Eleventh Circuit, "[t]he overwhelming weight of authority is that a corporate officer with operational control of a corporation's covered enterprise is an employer along with the corporation, jointly and severally liable under the FLSA for unpaid wages." *Patel*, 803 F.2d at 637-38, *quoting Agnew*, 712 F.2d at 1511.

At trial in this matter, the testimony of the plaintiffs established that individual defendant Hector Rivera exhibited sufficient control over the plaintiffs to be deemed an employer along with the corporation and Hector Rivera Jr.  Additionally, no evidence was presented to the contrary.  Accordingly, the plaintiffs respectfully request this Court grant the plaintiffs' motion and find as a matter of law that defendants Krypton Pest Control Co., Hector Rivera, and Hector Rivera Sr. are jointly and severally liable for the damages awarded to plaintiffs Henry Izquierdo and Jose Luis Izquierdo.

    Respectfully submitted,

    J. H. Zidell, P.A.
    Attorneys for Plaintiff
    300-71st Street, Suite 605
    Miami Beach, Florida 33141
    Tel: (305) 865-6766
    Fax: (305) 865-7167
    By:__/s/ David Markel_____
        David Markel, Esq.
        Florida Bar No.: 078306

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing upon the following via CM/ECF on this 21st day of March, 2012:

**Ricardo A. Gonzalez**
Greenberg Traurig
333 Avenue of the Americas
Suite 4400
Miami, FL 33131-3238
305-579-0500
Fax: 305-579-0717
Email: gonzalezr@gtlaw.com

**By: /s/David Markel**
David Markel, Esq.