UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-22757-CIV-LENARD/TURNOFF

<u>CONSENT CASE</u>

HENRY IZQUIERDO, JOSE LUIS )
IZQUIERDO, ROBERTO ROJAS , and all )
others similarly situated under 29 U.S.C. )
216(B), )
       Plaintiffs, )
  vs. )
 )
KRYPTON PEST CONTROL, CO., )
HECTOR RIVERA, )
HECTOR RIVERA, JR. )
 )
       Defendants. )
 )

**<u>PLAINTIFFS' REPLY TO DEFENDANTS' RESPONSE IN OPPOSITION TO MOTION FOR IMPOSITION OF LIQUIDATED DAMAGES</u>**

Plaintiffs, by and through the undersigned, file the above described reply and state as follows:

The standard in the Eleventh Circuit is clear in that liquidated damages are mandatory, absent a showing of good faith, and the defendants carry the burden of showing that good faith existed with respect to the violations of the FLSA at issue. *Joiner v. Macon*, 814 F.2d 1537, 1539 (11th Cir. 1987). In *Leach v. Johnston,* 812 F.Supp 1198 (M.D. Fla. 1992) the Court held that good faith entails a duty to affirmatively investigate whether non-payment of overtime is in conformity with federal wage laws.

The testimony of defendant Hector Rivera Jr. clearly shows that not only were the defendants aware of FLSA overtime regulations for the relevant time period, but no affirmative steps were taken to ensure that their payment practices were compliant. The defendants have not carried their burden of demonstrating that theirs was a good faith violation, or that any

investigation occurred.  As a result, plaintiffs submit that the imposition of liquidated damages is mandatory in this case, and respectfully request this Court grant the plaintiffs' motion accordingly.

                Respectfully submitted,

                J. H. Zidell, P.A.
                Attorneys for Plaintiff
                300-71st Street, Suite 605
                Miami Beach, Florida 33141
                Tel: (305) 865-6766
                Fax: (305) 865-7167

                By:__/s/ David Markel_____
                   David Markel, Esq.
                   Florida Bar No.: 078306

## **CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing upon the following via CM/ECF on this 22st day of March, 2012:

**Ricardo A. Gonzalez**
Greenberg Traurig
333 Avenue of the Americas
Suite 4400
Miami, FL 33131-3238
305-579-0500
Fax: 305-579-0717
Email: gonzalezr@gtlaw.com

**By: /s/David Markel**
David Markel, Esq.