UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 10-22757-CV-TURNOFF

HENRY IZQUIERDO, et al.,

    Plaintiffs,

vs.

**CONSENT CASE**

KRYPTON PEST CONTROL, CO.,
et al.,

    Defendants.
_____/

# FINAL JUDGMENT

**THIS CAUSE** is before the undersigned following the Court's Order on Plaintiffs' Motion to Impose Liquidated Damages and Plaintiffs' Renewed Motion for Judgment as a Matter of Law. **[DE79]**. Upon review of the Jury Verdict, this Court's prior orders, and being otherwise duly advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows.

Final Judgment is entered against Defendants Krypton Pest Control Co. and Hector Rivera, Jr., jointly and severally, and in favor of Plaintiffs Henry Izquierdo and Jose Luis Izquierdo. Plaintiff Henry Izquierdo is awarded $1,373.20 as wages and liquidated damages and Plaintiff Jose Luis Izquierdo is awarded $1,350.50 as wages and liquidated damages, for which sum let execution issue. Plaintiff Roberto Rojas shall take nothing from Defendants Krypton Pest Control, Co., Hector Rivera Sr. and Hector Rivera, Jr. Interest shall accrue at the rate prescribed by 28 U.S.C. § 1961 until this judgment is satisfied. The Court reserves jurisdiction to determine the issue of attorneys fees and costs, if any.

**DONE AND ORDERED** in Chambers at Miami, Florida on this 14 day of August 2012.

                                                  _____
                                                  WILLIAM C. TURNOFF
                                                  UNITED STATES MAGISTRATE JUDGE

cc:    Counsel of Record