FILING FEE
PAID _____ 100.00
pro hac ___ S1s000000379b
vice ___ Steven M. Larimore, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 10-22757-CIV-LENARD/TURNOFF
**CONSENT CASE**

2013 APR -9 AM 9:10

|  |  |
|---|---|
| HENRY IZQUIERDO, JOSE LUIS IZQUIERDO, ROBERTO ROJAS , and all others similarly situated under 29 U.S.C. 216(B), | ) ) ) ) |
| Plaintiffs, | ) |
| vs. | ) ) |
| KRYPTON PEST CONTROL, CO., HECTOR RIVERA, HECTOR RIVERA, JR. | ) ) ) ) |
| Defendants. | ) ) |

## MOTION FOR ISSUANCE OF WRIT OF GARNISHMENT AFTER JUDGMENT

Plaintiffs, by and through undersigned Counsel, pursuant to Florida Statute 77.03, move for the issuance of a writ of garnishment after judgment as to Garnishee Bank of America, and as grounds therefore, state as follows:

1. Plaintiffs' counsel obtained an award of attorney fees and costs against Defendants Krypton Pest Control, Co. and Hector Rivera Jr. on 3/18/2013 for a total of $11,241.78 ($10,114 in fees and $1,127.78 in costs). [D.E.94].

2. Plaintiffs, through undersigned counsel, request that a writ of garnishment after judgment as to Garnishee Bank of America be issued in the amount of $11,241.78.

Respectfully Submitted,

J. H. Zidell, Esq.
J.H. Zidell, P.A.
Attorney For Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766

By:_____
J.H. Zidell, Esq.
Florida Bar Number: 0010121