FILING FEE
100.00
PAID
pro hac vice Steven M. Larimore, Clerk
815000000 3791

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 10-22757-CIV-LENARD/TURNOFF
CONSENT CASE

HENRY IZQUIERDO, JOSE LUIS )
IZQUIERDO, ROBERTO ROJAS )
      Plaintiffs, )
vs. )
)
KRYPTON PEST CONTROL, CO., )
HECTOR RIVERA, HECTOR RIVERA, JR. )
)
      Defendants. )
_____ )

**THE STATE OF FLORIDA**
**TO EACH SHERIFF OF THE STATE:**

## WRIT OF GARNISHMENT

YOU ARE COMMANDED to summon the Garnishee, Bank of America, 11205 S. Dixie Highway, Miami, Florida to serve an answer to this writ on J.H. Zidell, Esq., P.A., Plaintiffs' Attorney, whose address is 300 71ST STREET #605, MIAMI BEACH, FLORIDA 33141, within 20 days after service on the garnishee, exclusive of the day of service, and to file the original with the Clerk of this Court either before service on the attorney or immediately thereafter, stating whether the Garnishee is indebted to Defendant Krypton Pest Control, Co. (FEI/EIN Number 592755938) located at 2215 WEST 78 STREET, HIALEAH, FL 33016, and/or Craig Hector Rivera, Jr., located at 8809 NW 189 TERR., MIAMI, FL 33018, who, upon information and belief, maintains a bank account with Garnishee Bank of America, at the time of the answer or was indebted at the time of service of the writ, or at any time between such times, and in what sum and what tangible and intangible personal property of the Defendants Krypton Pest Control, Co. (FEI/EIN Number 592755938) located at 2215 WEST 78 STREET, HIALEAH, FL 33016, and/or Craig Hector Rivera, Jr., located at 8809 NW 189 TERR., MIAMI, FL 33018, Garnishee is in possession or control of at the time of the answer or had at the time of service of this writ, or at any time between such times, and whether the Garnishee knows of any other person indebted to the Defendant(s) or who may be in possession or control of any of the property of the Defendant(s) such as Certificate of deposits, bonds or money market accounts. The amount set in Plaintiffs' motion is for **$11,241.78.**

Dated on ___4/9/13___, 2013.

Steven M. Larimore
Name of Clerk

As Clerk of the Court

By: _____
    as Deputy Clerk