UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  10-22757-CIV-LENARD/TURNOFF

HENRY IZQUIERDO, JOSE LUIS
IZQUIERDO, ROBERTO ROJAS

        Plaintiffs,

vs.

KRYPTON PEST CONTROL, CO.,
HECTOR RIVERA, HECTOR RIVERA, JR.,

        Defendants,

and

BANK OF AMERICA, N.A.,

        Garnishee.

_____/

**ANSWER TO WRIT OF
GARNISHMENT SERVED
APRIL 9, 2013 AND DEMAND
FOR ATTORNEYS' FEES**

Garnishee, BANK OF AMERICA, N.A.,   answers in Garnishment and says:

1.  Garnishee was not indebted and has not had any goods, monies, chattels or effects of Defendant(s), KRYPTON PEST CONTROL, CO. and/or HECTOR RIVERA, JR., at the time of service of the Writ of Garnishment served upon the Garnishee (plus sufficient time not to exceed one business day for Garnishee to act expeditiously on the Writ) and at the time of its answer and at all times between service and its answer, except for:

| ACCOUNT NUMBER | NAME AND ADDRESS | AMT. HELD |
|---|---|---|
| xxxxxxxx1865 | Krypton Pest Control Co.<br>8809 N. W. 189th Terr.<br>Hialeah, FL 33018-6235 | $14,614.31 |

2.  The Garnishee has no duty or obligation to make, and has not made, a determination

whether the property of the Defendant(s), in its possession or control is subject to any defenses or

exemption provided to the Defendant(s), by State or Federal Law.

CERTIFICATE OF SERVICE OF DESIGNATION OF PRIMARY E-MAIL ADDRESSES

Pursuant to Rule 2.516(b)(1)(B), Florida Rules of Judicial Procedure, the following primary and secondary e-mail addresses are designated for service of pleadings and documents in the above styled matter.

PRIMARY:      ajhones@hsaalegal.com
SECONDARY:      jthaley@hsaalegal.com

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 11th day April, 2013 to: J. H. Zidell, Esquire, 300 71st Street, Suite 605, Miami Beach, Florida   33141.

HALEY & JHONES, P.A.
Attorneys for Garnishee
1500 San Remo Avenue, Suite 222
Coral Gables, FL   33146
Phone:   (305) 661-4637
Fax:      (305) 661-4640

By:      _____
ANA M. JHONES, ESQUIRE
FBN: 771170
J. T. HALEY, ESQUIRE
FBN: 131633

**GARNISHEE'S STATUTORY DEMAND TO CLERK
FOR ATTORNEYS' FEES DEPOSIT
(FLORIDA STATUTES, SECTION 77.28)**

Garnishee has employed the services of the undersigned law firm to represent Garnishee in these garnishment proceedings.  Garnishee **DEMANDS** the statutory partial deposit from the Clerk of the court payable to **Haley & Jhones, P.A.,** as compensation to be applied towards Garnishee's reasonable attorneys' fee.

By:      _____
ANA M. JHONES, ESQUIRE
FBN: 771170
J. T. HALEY, ESQUIRE
FBN: 131633

P:\Garnishments-70.342\Answers-2013\ANS 13-325.wpd